UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HUGH MacEACHERN,

    Plaintiff,

                                            CASE NO. 15-CV-12448
v.                             HON. GEORGE CARAM STEEH

QUICKEN LOANS INC.,
and TITLE SOURCE, INC.,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR TIME EXTENSION TO FILE AN APPEAL**

Pro se plaintiff Hugh MacEachern filed his notice of appeal late. The notice of appeal was due to be filed on or before December 30, 2016. Plaintiff attempted to file his notice of appeal on that date, which was the Friday before the New Year's holiday, but the court was closed until Tuesday, January 3, 2017, which is when he eventually filed his notice of appeal. The Sixth Circuit remanded the case to this court to determine whether plaintiff has shown excusable neglect or good cause to warrant an extension of time for filing his notice of appeal. The December 30, 2016 closure of the court was by an order of the Chief Judge of this district and was not well publicized.

Accordingly, plaintiff has shown excusable neglect or good cause for his delay pursuant to Federal Rule of Appellate Procedure 4(a)(5)(A)(i)-(ii), and plaintiff's motion for a time extension to file his notice of appeal is GRANTED.

**IT IS SO ORDERED**.

Dated: February 2, 2016

                                             s/George Caram Steeh
                                             GEORGE CARAM STEEH
                                             UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 2, 2016 by electronic and/or ordinary mail and also on Hugh MacEachern, 22126 Hayes Street, Taylor, MI 48180-2422.

s/Marcia Beauchemin
Deputy Clerk

---